**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **DANIEL E. PETERSEN,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV 16-5740 AJW |
| ) | |
| v. ) | |
| ) | **J U D G M E N T** |
| **NANCY A. BERRYHILL,** ) | |
| **Acting Commissioner of Social** ) | |
| **Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

June 21, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge